League of Cities, Inc., and Dale Ledbetter for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 03–603. WORLDCOM, INC. *v.* WISCONSIN BELL, INC., DBA AMERITECH WISCONSIN; and

No. 03–656. BIE, COMMISSIONER, PUBLIC SERVICE COMMISSION OF WISCONSIN, ET AL. *v.* WISCONSIN BELL, INC., DBA AMERITECH WISCONSIN, ET AL. C. A. 7th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of these petitions. Reported below: 340 F. 3d 441.

No. 03–638. LIBERTY MUTUAL INSURANCE CO. *v.* CALDWELL TRUCKING PRP GROUP. Sup. Ct. N. J. Motion of Complex Insurance Claims Litigation Association et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 03–667. BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 1 ET AL. *v.* J & J CONSTRUCTION CO. Sup. Ct. Mich. Motion of Public Citizen et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 03–669. O'HARA *v.* NEW YORK. C. A. 2d Cir. Motion of Justice Card Alliance, Inc., for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 03–6930. EL *v.* LUCENT TECHNOLOGIES. C. A. 4th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 03–7032. OPONG-MENSAH *v.* JACKSON ET AL. Ct. App. Cal., 3d App. Dist. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 03–7796. WILLIAMS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 02–1369. MITCHELL, WARDEN *v.* ESPARZA, *ante,* p. 12;

No. 02–10556.  NEESE v. JUVENILE DEPARTMENT OF MARION COUNTY, OREGON, *ante*, p. 831;

No. 02–10694.  PHILLIPS v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, *ante*, p. 834;

No. 02–10829.  GAINES v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *ante*, p. 839;

No. 02–11000.  TAYLOR v. WILLIAMS ET AL., *ante*, p. 848;

No. 02–11013.  PETERSON v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, *ante*, p. 849;

No. 02–11068.  AYALA v. UNITED STATES, *ante*, p. 852;

No. 02–11116.  HARRISON v. DALLAS AREA RAPID TRANSIT ET AL., *ante*, p. 855;

No. 02–11159.  IN RE FERENC, *ante*, p. 809;

No. 02–11174.  BENNETT v. OREGON, *ante*, p. 859;

No. 02–11282.  JONES v. BOEING CO., *ante*, p. 865;

No. 02–11338.  BANKS v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante*, p. 869;

No. 03–190.  PATEL ET UX. v. UNITED STATES, *ante*, p. 881;

No. 03–316.  RANEY v. UNITED STATES ET AL., *ante*, p. 949;

No. 03–363.  McGEE v. TEXAS, *ante*, p. 1004;

No. 03–384.  HELLER v. RAILROAD RETIREMENT BOARD, *ante*, p. 968;

No. 03–5135.  RESPER v. UNITED STATES; *ante*, p. 890;

No. 03–5212.  PEGG v. HAVILAND, WARDEN, *ante*, p. 895;

No. 03–5277.  THORNTON v. HOLDEN, GOVERNOR OF MISSOURI, *ante*, p. 899;

No. 03–5306.  ROBINSON v. HOOKS ET AL., *ante*, p. 900;

No. 03–5310.  SILVA v. UNITED STATES, *ante*, p. 901;

No. 03–5375.  SPINDLE v. BROWNLEE, ACTING SECRETARY OF THE ARMY, ET AL., *ante*, p. 905;

No. 03–5455.  SUVANNUNT v. THOMPSON, SECRETARY OF HEALTH AND HUMAN SERVICES, *ante*, p. 910;

No. 03–5481.  SWAINSON v. LAVAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, *ante*, p. 911;

No. 03–5489.  CARDWELL v. HANKS, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL FACILITY, *ante*, p. 912;

No. 03–5496.  OMUNA v. ASHCROFT, ATTORNEY GENERAL, ET AL., *ante*, p. 912;

No. 03–5500.  BAKER v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante*, p. 912;

No. 03–5507.  WARREN v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante*, p. 913;

No. 03–5625.  SALLIE v. THIEL, *ante*, p. 920;

No. 03–5713.  WEBB v. HARRIS, SHERIFF, PAULDING COUNTY, GEORGIA, *ante*, p. 952;

No. 03–5717.  TAYLOR v. BOOT ET AL., *ante*, p. 953;

No. 03–5728.  WHITEHEAD v. BUSH, GOVERNOR OF FLORIDA, ET AL., *ante*, p. 953;

No. 03–5734.  GREEN v. BROWNWOOD REGIONAL MEDICAL CENTER, *ante*, p. 953;

No. 03–5773.  CHINN v. POTTER, POSTMASTER GENERAL, ET AL., *ante*, p. 926;

No. 03–5777.  COCHELL v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante*, p. 954;

No. 03–5789.  RAWLS v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante*, p. 954;

No. 03–5798.  BEAHRINGER v. BRILEY, WARDEN, ET AL., *ante*, p. 926;

No. 03–5843.  HELMS v. CONROY, WARDEN, ET AL., *ante*, p. 956;

No. 03–5868.  GIRARD v. HENDRICKSON, WARDEN, ET AL., *ante*, p. 929;

No. 03–5877.  EYRICH v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 957;

No. 03–5929.  JACKSON v. UNITED STATES, *ante*, p. 1019;

No. 03–5945.  WOLFE v. VIRGINIA, *ante*, p. 1019;

No. 03–5985.  WATSON v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, *ante*, p. 970;

No. 03–5997.  HOWZE v. BUTLER, WARDEN, *ante*, p. 970;

No. 03–6008.  BANUELOS v. HALL, WARDEN, ET AL., *ante*, p. 970;

No. 03–6039.  WILSON v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante*, p. 986;

No. 03–6118.  LURIA v. LURIA ET AL., *ante*, p. 988;

No. 03–6173.  PORTER v. KEARNEY HOUSE ET AL., *ante*, p. 989;

No. 03–6186. AMRHEIN-MACON v. MACON, ADMINISTRATOR OF THE ESTATE OF MACON, DECEASED, *ante*, p. 989; .

No. 03–6188. THOMAS v. CITY OF CLEVELAND, OHIO, ET AL., *ante*, p. 989;

No. 03–6206. GRIFFIN v. RUBY TUESDAY, INC., *ante*, p. 990;

No. 03–6264. KNECHT v. WEBER, WARDEN, ET AL., *ante*, p. 1007;

No. 03–6328. BROMWELL v. DORMIRE, SUPERINTENDENT, MISSOURI STATE PENITENTIARY, *ante*, p. 1020;

No. 03–6331. WINSETT v. PRINCIPI, SECRETARY OF VETERANS AFFAIRS, *ante*, p. 991;

No. 03–6340. WALTERS v. TUGLE ET AL., *ante*, p. 1020;

No. 03–6377. SURVILLA v. HOLIDAY INN ET AL., *ante*, p. 1021;

No. 03–6385. TRAN v. ZONING BOARD OF APPEALS OF PROVINCETOWN ET AL., *ante*, p. 1008;

No. 03–6388. PEARLMAN v. VIGIL-GIRON, SECRETARY OF STATE OF NEW MEXICO, *ante*, p. 1021;

No. 03–6408. JACKSON v. UNITED STATES, *ante*, p. 976;

No. 03–6436. PINEYRO v. CAIN, WARDEN, *ante*, p. 1008;

No. 03–6448. IN RE CULLUM, *ante*, p. 944;

No. 03–6519. WILLIAMS v. OHIO, *ante*, p. 1053;

No. 03–6526. WILLIAMS v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, *ante*, p. 1009;

No. 03–6563. IN RE TAYLOR, *ante*, p. 965;

No. 03–6606. GARCIA v. SCIBANA, WARDEN, *ante*, p. 997;

No. 03–6713. COINER v. UNITED STATES ET AL., *ante*, p. 1010;

No. 03–6835. ZAKARIA v. UNITED STATES, *ante*, p. 1024;

No. 03–6851. IN RE BEACHUM, *ante*, p. 980;

No. 03–6927. REID v. UNITED STATES, *ante*, p. 1026; and

No. 03–7155. IN RE BRUNO, *ante*, p. 1045. Petitions for rehearing denied.

No. 02–11272. FLORES v. GRAYSON, WARDEN, *ante*, p. 865;

No. 02–11358. O'NEIL v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante*, p. 870;

No. 02–11377. PARADISE v. MARTIN, WARDEN, *ante*, p. 871; and

No. 03–5760. WINN v. LANDMARK COMMUNICATIONS, INC., *ante*, p. 954. Motions for leave to file petitions for rehearing denied.